GEORGE F. VOGT, JR., CASB No. 107310
MARCUS L TURNER, CASB No. 232439
HERRIG & VOGT, LLP
4210 Douglas Blvd., Suite 100
Granite Bay, California 95746
Telephone:  (916) 960-1000
Facsimile:  (916) 960-1005

Attorneys for Plaintiffs
PERFORMANCE EXCAVATORS, INC.


GORDON C. YOUNG, CASB No. 158100
gordon.young@kyl.com
BENJAMIN W. WHITE, CASB No. 221532
ben.white@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendant
TENAX CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE EXCAVATORS, INC., | Case No. CV 07-01791-LEW-JFM |
| Plaintiff, | **STIPULATION REGARDING STAY OF PROCEEDINGS AND [PROPOSED] ORDER** |
| vs. | |
| ARCH INSURANCE COMPANY, TENAX CORPORATION, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff PERFORMANCE EXCAVATORS, INC. ("PEI") and Defendant TENAX CORPORATION ("Tenax"), by and through their undersigned attorneys, hereby submit this Stipulation Regarding Stay of Proceedings for consideration and approval by the Court.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on or about May 21, 2007, PEI filed an arbitration complaint with the State of California Office of Administrative Hearings (the "Arbitration") in which it named the Chico Redevelopment Agency ("RDA") and the Barber-Webb Company ("Barber-Webb") as Respondents;

WHEREAS, in the Arbitration, PEI alleges that the RDA and Barber-Webb breached their contracts with PEI with respect to the acquisition and installation of a geocomposite drainage layer ("GDL") which the RDA required to be obtained from Tenax;

WHEREAS, on or about May 24, 2007, the RDA filed a cross-complaint against PEI in the Arbitration in which the RDA alleges that PEI and Barber-Webb refused and/or failed to acquire or install the GDL material as required by the contract PEI entered into with the RDA;

WHEREAS, on or about July 18, 2007, PEI filed the Complaint at issue in this action against Tenax for breach of contract, intentional and negligent interference with PEI's contract with the RDA, and indemnification against any finding of liability in connection with the RDA's cross-complaint;

WHEREAS, PEI and Tenax agree that the Arbitration and this action involve the same and/or similar operative facts and therefore, in the interest of judicial economy, desire to stay the proceedings in this matter pending the outcome of the Arbitration;

WHEREAS, although PEI is willing to agree to a stay of this action pending the outcome of the Arbitration, PEI desires to take the deposition of Tenax and one of its employees in this action and in the Arbitration simultaneously;

WHEREAS, Tenax is willing to permit PEI to take the deposition of Tenax and one its employees.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties herein, through their respective attorneys of record, as follows:

(1)   all of PEI's claims against Tenax in this action shall be stayed

pending the outcome of the Arbitration; and

      (2)    PEI shall be permitted to take the deposition of Tenax and one its employees at a time and place that is agreeable to the parties.  The depositions shall constitute PEI's one deposition per person allowed, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, of the two Tenax witnesses who appear.

DATED: February 29, 2008

   /s/ George F. Vogt
GEORGE F. VOGT, JR.
MARCUS L TURNER
HERRIG & VOGT, LLP
Attorneys for Plaintiff
PERFORMANCE EXCAVATORS, INC.

DATED: February 29, 2008

   /s/ Gordon C. Young
GORDON C. YOUNG
BENJAMIN W. WHITE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
TENAX CORPORATION

**IT IS SO ORDERED:**

DATED:  March 3, 2008

HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge