GEORGE F. VOGT, JR. (State Bar #107310)
RYAN P. MOORE (State Bar #252716)
**HERRIG & VOGT, LLP**
4210 Douglas Blvd., Ste 100
Granite Bay, CA 95746
Telephone:   (916) 960-1000
Facsimile:    (916) 960-1005

Attorneys for Plaintiff, PERFORMANCE EXCAVATORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE EXCAVATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARCH INSURANCE COMPANY, TENAX CORPORATION, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. CV 07-01791-LEW-JFM <br><br> **STIPULATION TO ALLOW DEPOSITIONS IN TWO CASES** |

Plaintiff PERFORMANCE EXCAVATORS, INC. (hereinafter "PEI") and Defendants ARCH INSURANCE COMPANY ("hereinafter "ARCH") and TENAX CORPORATION (hereinafter "TENAX"), by and through their attorneys hereby stipulate and agree as follows:

Whereas on or about May 21, 2007, PEI filed an Arbitration complaint with the State of California, Office of Administrative Hearings (the Arbitration), in which it named CHICO REDEVELOPMENT AGENCY (hereinafter "RDA") and THE BARBER-WEBB COMPANY (hereinafter "BARBER- WEBB") as Respondents.

Whereas, PEI is a Plaintiff in the instant lawsuit in which TENAX and ARCH are Defendants.

Whereas, the parties agree that the Arbitration and the Federal Court action may involve the

same and/or similar operative facts and therefore, in the interests of judicial economy, desire to take the deposition of TENAX in both actions and the deposition of one of TENAX's employees in both action, and review their documents in both actions.

Whereas, the parties are willing to allow a single deposition be taken of TENAX and a single one of its employees.

Now, therefore, it is hereby stipulated and agreed, by and between the parties herein, through their respective attorneys of record, as follows:

1. The parties shall be permitted to take the deposition of TENAX and one of its employees on April 22, 2008, and April 23, 2008, at Saul Ewing law office, located at 500 East Pratt Street, Suite 900, Baltimore, Maryland, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

*(CAN BE SIGNED IN COUNTERPARTS VIA FACSIMILE OR E-MAIL)*

**DATED:** _____   **Herrig & Vogt, LLP**

By:_____/s/_____
  George F. Vogt, Jr.
  Attorneys for Performance Excavators, Inc. and
  Zurich North American

**DATED:** _____   **Treadwell & Anderson**

By:_____/s/_____
  Mark A. Treadwell
  Attorney for Defendant Barber-Webb Company,
///   Incorporation and Arch Insurance Company

**DATED:** _____   **Keesal, Young & Logan**

By:_____/s/_____
  Gordon C. Young
  Attorneys for Tenax Corporation

**ORDER**

    IT IS SO ORDRED.


Dated:  April 11, 2008

                               /s/ Ronald S. W. Lew
                               Judge of the United States District Court
                               Eastern District of California

STIPULATION TO ALLOW DEPOSITIONS IN TWO CASES